IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHAMPIONS TRUCK AND EQUIPMENT, INC., and WILLIAM B. CARROLL, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-08-0108 |
| JERRY D. PATTERSON, | § § § | |
| Defendant. | § | |

**ORDER OF DISMISSAL**

For the reasons stated in this court's Memorandum and Order entered this date, this civil action is DISMISSED without prejudice for lack of subject-matter jurisdiction.

SIGNED on July 21, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge